**Exhibit A to the First Amended Complaint**

**Location:** Queens, NY  
**Total Works Infringed:** 44

**IP Address:** 71.167.214.13  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: B3BEE928D75F7A2A4E34E7A1BCD112975EB5F032<br>File Hash:<br>A2355514560FA681FCF8CDAEF509B2B0AA4B3933BA361E55F4ED9FF6FFEA5E40 | 10/06/2024 05:46:58 | Blacked | 03/16/2019 | 04/17/2019 | PA0002186980 |
| 2 | Info Hash: 8E2577BB897B610BD9F47E898A25D5F798C40CEB<br>File Hash:<br>E0CA7C14259534D8AA8721D964289CE4519B74F86372F0A68999FF677B0211A2 | 10/06/2024 02:43:42 | Blacked | 01/10/2020 | 02/04/2020 | PA0002225582 |
| 3 | Info Hash: 8BA8764544F1FBE6BD82F7923A3B95017B5096D1<br>File Hash:<br>36C3CDB7883E1838A70BEF3D31D3FB40D3369B836E3C2DBD01FC0AD89C963B4C | 10/06/2024 02:43:29 | Blacked Raw | 05/09/2022 | 05/20/2022 | PA0002350381 |
| 4 | Info Hash: 4C9BB345336B71D00BBB6A7D9EA58186F621BFFC<br>File Hash:<br>C7B98145FD5C6746369EA335B13C52E97F8FE43036DBBA98A971A83ECDB868F5 | 10/05/2024 20:09:51 | Blacked | 01/20/2020 | 02/04/2020 | PA0002225586 |
| 5 | Info Hash: BB7A3A0B3C149982C8D74AD770255ABE5FA113B8<br>File Hash:<br>D8C18CFE4538E628CF9AF7713FD7A97A27886EB869825A63EED6D0408071516C | 10/05/2024 14:46:34 | Blacked | 05/30/2020 | 06/22/2020 | PA0002245635 |
| 6 | Info Hash: 35DBA0F95BCB2F47F7C07628ED82AC5BAF8DBFA9<br>File Hash:<br>23DE6C5CDEE264724ADAF90B3F2B0985DEACBE266063E343A54196BE58FF4EF6 | 10/05/2024 14:45:05 | Blacked | 07/31/2021 | 08/23/2021 | PA0002308430 |
| 7 | Info Hash: 8479B5EF47322BE90AC5BC7FB2DC53BB77C5AA5B<br>File Hash:<br>3C3F1E1C9A3133166E1E82A0BBBEA94DAF8E5D12F1EBE323A9B1A4003892D861 | 10/04/2024 17:33:14 | Blacked | 01/15/2020 | 02/04/2020 | PA0002225584 |
| 8 | Info Hash: 5279168CD395AC3529EB664964E38C537BE0047F<br>File Hash:<br>5963A7857AE5D5E5E71F3C3F5B7F9EE98D8FD1042C0F54FB89FE621B4BCEAB24 | 10/04/2024 17:27:39 | Blacked | 05/15/2019 | 07/05/2019 | PA0002206387 |
| 9 | Info Hash: 6F07E7BA2EA9943154AAA7089E75139347078425<br>File Hash:<br>A9B21A0F526F37BAD9DE7420560226D5A79EBBBEDE74B2B824DCF106B742B16C | 10/04/2024 14:22:44 | Blacked | 02/14/2020 | 03/18/2020 | PA0002241448 |
| 10 | Info Hash: 1A3307FDC08219308963ECAA46482F49E9417FED<br>File Hash:<br>693EE0B808442D5C81CED0536B6455AE1B7200CA86514A19F92730E5B824C804 | 10/03/2024 21:51:29 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |
| 11 | Info Hash: 9B687877CDE2F37E6FE6EE02DB2ECA7AC205810B<br>File Hash:<br>91ACAC91088A53244B940D06287FDBC0B9D23D0FB4C7E8C462B506055AEFBF6C | 10/03/2024 21:49:22 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 8AD5150659042C27A7364AF9E0B4D993DFBA73B2<br>File Hash: 32563C5A38BD523FF5AA1971ECB671B26181A0EC837DF9E53A7EC426958BB540 | 10/03/2024 21:00:48 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |
| 13 | Info Hash: BEFA2F7603AFDDBAAE5B6F59BF41C10B6EBF75F8<br>File Hash: D3A42C2F7CAB7EED25123E98B4CD09165CD848C3684F48982B38778191FA6A0B | 10/03/2024 14:47:13 | Blacked | 09/29/2021 | 11/11/2021 | PA0002321302 |
| 14 | Info Hash: AB68E0DE93AC2C6943A567A522A306E969FC7642<br>File Hash: 57CB71074CE56964606BFC0769C42F98B94F7F580D9E2B2A27DDC51AB921F7D5 | 10/03/2024 14:41:12 | Blacked | 06/26/2021 | 07/08/2021 | PA0002300662 |
| 15 | Info Hash: AED3926DE572FD6F7CAB5FC4073F063C4842EA7A<br>File Hash: 6F0DB70A656FD724A3404B85A4868E4D74C04D910DE93CEC03B69B3897FADBD4 | 10/02/2024 22:56:40 | Blacked | 05/23/2024 | 06/18/2024 | PA0002476881 |
| 16 | Info Hash: 1B9BA28CCFF9324C4F31BEA689B3E4CB41433C23<br>File Hash: 95F271DEB4A28E164AB251B107E3D3AD2667CF88F75756E8394C5E409F156336 | 10/02/2024 20:46:44 | Blacked | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 17 | Info Hash: 6EF453FBC5841EA5CCB982F8342258FF791485D4<br>File Hash: 39DC87E7DE2DDCF427DE5B195CC0DA8A271ADAD5E15FF9DA71B313CC4DF89A2C | 10/02/2024 19:19:16 | Blacked Raw | 03/21/2022 | 03/29/2022 | PA0002342707 |
| 18 | Info Hash: E3FFA5E01CFE4DF18E6AE4FD1BE82F8D2BE91982<br>File Hash: 9680E503ACA444E66E3A26DA871F2908EBD4088D0585AD92AC7BB661EA8685C9 | 08/28/2024 21:46:56 | Blacked | 08/21/2024 | 09/17/2024 | PA0002490358 |
| 19 | Info Hash: 78F5DACFBD414605C47BD190F5C421E65F70B396<br>File Hash: CD511222B2B9C2EC08F83BF609B40983647A15F8E11488F1B404A72F40126EC8 | 08/27/2024 21:56:26 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 20 | Info Hash: 51D3407E5E83206D33C0D262B38502F369E06E99<br>File Hash: 19E67A668E0B5708121E58E65B583804A6646848A3001474178D30A30FF30648 | 08/26/2024 15:22:18 | Blacked Raw | 04/27/2020 | 05/19/2020 | PA0002241476 |
| 21 | Info Hash: 05E255038E7BA334E5E2E62704B0AD20C8CFE51D<br>File Hash: 195AA82AF2F61BA2C38DA2FD14B3461FE2A83AD62919CD6B07CD9473166A2555 | 08/26/2024 14:35:31 | Blacked Raw | 07/01/2019 | 07/17/2019 | PA0002188302 |
| 22 | Info Hash: 2BC411A52CDAD2463BE301BC55DAE2CD2AD663D3<br>File Hash: 776AEC54A5890A895C694B84D907015AE38852CE4F61531A08CDF2F13D42C9CD | 08/26/2024 14:21:02 | Blacked Raw | 09/19/2019 | 09/25/2019 | PA0002203162 |
| 23 | Info Hash: F156F5A9F65FDD656A06E03526AFADA7328768D3<br>File Hash: C51BDC93B72DBCFD418BDEEA31A5B61BA5C85E87A168F2FF0B17D1F73F8AE40E | 08/26/2024 14:20:55 | Blacked Raw | 10/04/2019 | 10/21/2019 | PA0002207780 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 98E8FF7FF56F9AD6FD90ABE7AAE92BA00E22CD19<br>File Hash:<br>95697618C09858F36CEC0CDE65F7026BB93014748422216B0DDDE9910B006B86 | 08/17/2024<br>15:54:23 | Blacked | 01/29/2022 | 02/14/2022 | PA0002335485 |
| 25 | Info Hash: CC9CE1849A2DA88369CC008489E86C9D52D781B6<br>File Hash:<br>C7F21B4081477E85D0AF5192F20AE7331F815CBDAF9F12F5A521BF6771055E74 | 08/16/2024<br>02:32:42 | Blacked | 11/16/2017 | 11/21/2017 | PA0002098042 |
| 26 | Info Hash: 0E75944FAB57D57F3D91B0550A793F6BA581AAFA<br>File Hash:<br>DA1B5DB0C5D802C8FEABD28D893B0E67A52001D59460F9712926693F944E7C98 | 06/05/2024<br>19:43:59 | Blacked | 11/16/2018 | 11/25/2018 | PA0002136637 |
| 27 | Info Hash: D2D486B6D9510B65091D259F549B68CF8E61D8BD<br>File Hash:<br>A79FBFCEA9D091F13AB75AF0EBF66754A55DE20189DBDD658680676AEF5AD561 | 06/05/2024<br>00:13:49 | Blacked | 03/26/2019 | 04/16/2019 | PA0002187002 |
| 28 | Info Hash: A568506B36E1DDA12BF5BE84FDC6F886D6DAA6FE<br>File Hash:<br>22B58582D2369A7566CF96280CF1D9665DDD7FF70303098E00A5423D739A386F | 03/31/2024<br>20:29:45 | Blacked Raw | 03/03/2018 | 04/17/2018 | PA0002116063 |
| 29 | Info Hash: 888CB3BAC6269718F00336FC299824B9F830E29F<br>File Hash:<br>D54150F4728E514F8301F4BEDBA32476998A7536FC7DFD9DC22211F50DBB7A70 | 03/17/2024<br>19:02:34 | Blacked | 02/24/2019 | 03/31/2019 | PA0002163974 |
| 30 | Info Hash: 81BF12895820520779B2DC174C58E77039546430<br>File Hash:<br>DE54F58E5818C41CB82827CC9288D56D371B10A336AAD9D2CEAF51A5BC03677A | 01/08/2024<br>19:55:15 | Blacked | 11/25/2019 | 12/09/2019 | PA0002216262 |
| 31 | Info Hash: F97FD052C151F505E894CD8EBFBD4FFFED0419F1<br>File Hash:<br>9BDC042671D4625F134162670467C6C4AFC60B9EDA01BDE4E5BF133975DF2F62 | 11/27/2023<br>15:05:05 | Blacked | 10/27/2019 | 11/15/2019 | PA0002211841 |
| 32 | Info Hash: EA0ED434C857B6A53DEE2452A1EF58012F27B42A<br>File Hash:<br>1583D85FE5CBF161094DE680C371DA3382BEEDA601F3C31AF3008A6A4745C64E | 11/27/2023<br>04:44:20 | Blacked | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 33 | Info Hash: 3455E7737B5A8B0B036C2D061EC397358D6123F9<br>File Hash:<br>6F1CB0EB547400FFAB4865E893DBD7CCC67E6B04DE6A086290E07DB05E7BB830 | 11/27/2023<br>04:44:17 | Blacked Raw | 01/02/2018 | 01/26/2018 | PA0002101761 |
| 34 | Info Hash: 50F9B2DEAAAC33F095BB78CA34193F023FF99B8F<br>File Hash:<br>25B73B7792C59BED5437E7CC6DB11239A69A2AC4B516AFEB9BF19059954D5623 | 11/27/2023<br>04:43:39 | Blacked Raw | 01/27/2019 | 03/24/2019 | PA0002184066 |
| 35 | Info Hash: A127E7C3C1EAC966B87AE8EA8C919965D79ED19A<br>File Hash:<br>16F308220BEF3AF20E9FD4A6C3BAE82FF1BBBC5EA11E00185229F372B5418392 | 11/27/2023<br>01:39:25 | Blacked Raw | 03/18/2018 | 04/17/2018 | PA0002116068 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 1C6F4FA9ACB3B4E5B60430B3909F41BB012F6E95<br>File Hash: 00E0F33B2BFB37B93D6505165778A21F7BF380F3C80712678F32632B9425098C | 11/19/2023 09:54:57 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 37 | Info Hash: 9F0A1827CC72B6075797AB862C39728811E3E20F<br>File Hash: 2CD5D65ACCABFEC0E6D8C4FD4F1D6D0ECDE45CD57C324A004C68B036582D0CD7 | 11/14/2023 05:50:13 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |
| 38 | Info Hash: 5D0D54D1B50CED8410EB91B7E6C90081452F4D8F<br>File Hash: A1094C4670C97981228753E1BD0D415D5B3EC424FC9484F7DD0FC40BDA74666D | 11/14/2023 05:45:26 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 39 | Info Hash: 31F921585F0E0FE31BE468E17BDFF4840F37C8FC<br>File Hash: C74B4E5D5E2A8B94D9EF7EAD6E0A7A9909024F9DE4AA7A6867429338A3547215 | 11/14/2023 05:43:47 | Blacked Raw | 02/01/2019 | 03/24/2019 | PA0002183205 |
| 40 | Info Hash: 0CB569EF1F706B97BC968A6579E5BC6058421A92<br>File Hash: 625715D0A955873BB20BF5A30E5D001A2419E3518D0B7AAAF61FAE06821DC131 | 11/14/2023 04:19:36 | Blacked Raw | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 41 | Info Hash: 63733D2DBAF8A48601437156880299DF57865A69<br>File Hash: 545B3F2522A3ACF697B7C7FE32FA240BB5BF46AC68DF8CC34A935662E50FF8B6 | 11/14/2023 04:12:21 | Blacked Raw | 06/26/2018 | 08/07/2018 | PA0002131867 |
| 42 | Info Hash: 5318DFE4F1B24ED3AB377A667F2BC9444C9F742C<br>File Hash: A677972254B5BBC4C30F786C9C42689FC28D1BC813587E74FB5021E3CE6793C2 | 11/14/2023 04:02:32 | Blacked Raw | 09/04/2018 | 11/01/2018 | PA0002143430 |
| 43 | Info Hash: 88B1EA61A37A2A291A1FF1C79FC6566838B7E2F6<br>File Hash: 073131245A11D8346D2C85C336B80715F6A4974EB349D7CF37B296FE209EC357 | 11/14/2023 04:02:29 | Blacked Raw | 09/09/2019 | 10/01/2019 | PA0002217358 |
| 44 | Info Hash: 6B2FBE98BF6578CBE9FA8A3F1535541CE2CDD53D<br>File Hash: 3F37BC5EE22BE4F1E44B16496B60EE3B4F07A33A14377C6073B084C70CF4F148 | 11/14/2023 03:56:21 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |