UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
STRIKE 3 HOLDINGS, LLC,                                          :
                                                                 :    Case No. 1:24-cv-07506-ENV-VMS
                                Plaintiff,                       :
                                                                 :
                vs.                                              :
                                                                 :
JOHN DOE infringer identified as using                           :
IP address 71.167.214.13,                                        :
                                                                 :
                                Defendant.                       :
-----------------------------------------------------------------X
```

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITHOUT PREJUDICE
AS TO JOHN DOE SUBSCRIBER ASSIGNED IP ADDRESS 71.167.214.13 ONLY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant "John Doe subscriber assigned IP address 71.167.214.13" are voluntarily dismissed without prejudice.

Please note that this Notice does **not** dismiss Plaintiff's claims against the party currently identified as "Defendant John Doe infringer identified as using IP address 71.167.214.13."

Dated: January 13, 2026                          Respectfully submitted,

                                                 **THE ATKIN FIRM, LLC**

                                                 By: /s/ *John C. Atkin*
                                                     John C. Atkin, Esq.
                                                     400 Rella Blvd., Ste. 165
                                                     Suffern, NY 10901
                                                     Tel: (973) 314-8010
                                                     Fax: (833) 693-1201
                                                     JAtkin@atkinfirm.com
                                                     *Attorneys for Plaintiff*