**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
                                                                :
STRIKE 3 HOLDINGS, LLC,                                         :
                                                                :          Case No. 1:24-cv-07506-ENV-VMS
                                        Plaintiff,              :
                                                                :
                            vs.                                 :          **CERTIFICATE OF SERVICE**
                                                                :
JOHN DOE infringer identified as using                          :
IP address 71.167.214.13,                                       :
                                                                :
                                        Defendant.              :
------------------------------------------------------------------X

        **JOHN C. ATKIN, ESQ.**, hereby certifies as follows:

        1.      On the date set forth below, I caused a copy of (a) the Court's April 22, 2026 Text Order (as modified), (b) the First Amended Complaint [D.E. 16], and (c) the CM/ECF Docket Sheet (as it appeared on April 22, 2026 at 3:37pm EST), to be served on Defendant's counsel, Leonard J. French, Esq., *via* email, pursuant to Fed. R. Civ. P. 5(b)(1) and 5(b)(2)(F).

        2.      I certify under penalty of perjury that the foregoing is true and correct.

DATED:      April 24, 2026        **THE ATKIN FIRM, LLC**

                                          */s/ John C. Atkin, Esq.*
                                          JOHN C. ATKIN