# The Atkin Firm, LLC
### Attorney at Law

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

Tel: (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

By: John C. Atkin, Esq.*
  ---
* Member of NJ, NY, and PA Bar

May 11, 2026

**<u>VIA ECF</u>**

Hon. Vera M. Scanlon, U.S.M.J.
U.S. Dist. Court Eastern District of New York
225 Cadman Plaza East, 1214 South
Brooklyn, New York 11201

>    **Re:    Strike 3 Holdings, LLC v. John Doe infringer identified as using IP address 71.167.214.13**
>    <u>**Dkt. No. 1:24-cv-07506-ENV-VMS**</u>

Judge Scanlon,

   As Your Honor is aware, I represent Plaintiff Strike 3 Holdings, LLC in the above-referenced matter.  Please accept this letter in response to Your Honor's May 11, 2026 Text Order.

   Defendant's counsel's mailing address is:

>    Leonard J. French, Esq.
>    The Law Firm of Leonard J. French
>    533 E Girard Ave STE 27020
>    Philadelphia, PA 19125
>    Email: ljfrench@leonardjfrench.com

   Thank you for your attention to this matter.

>    Respectfully submitted,
>
>    */s/ John C. Atkin*
>
>    John C. Atkin, Esq.

cc:    Leonard J. French, Esq. (*via* CM/ECF and email)