# The Atkin Firm, LLC

### Attorney at Law

By: John C. Atkin, Esq.*
  ---
 * Member of NJ, NY, and PA Bar

55 Madison Avenue, Suite 400
Morristown, NJ 07960

400 Rella Boulevard, Suite 165
Suffern, NY 10901

Tel:  (973) 314-8010
Fax: (833) 693-1201
Email: JAtkin@atkinfirm.com

May 18, 2026

<u>**VIA ECF**</u>

The Honorable Vera M. Scanlon, U.S.M.J.
U.S. Dist. Court for the Eastern Dist. of New York
225 Cadman Plaza East
Brooklyn, NY 11201

> **RE:    Strike 3 Holdings, LLC v. John Doe infringer identified as using IP address 71.167.214.13**
> <u>**Dkt. No. 1:24-cv-07506-ENV-VMS**</u>

Judge Scanlon:

As Your Honor is aware, I represent Plaintiff Strike 3 Holdings, LLC in the above-referenced matter. I write to inform the Court that the parties have reached an amicable resolution and to respectfully request that the Court adjourn, *sine die*, the default conference scheduled for **May 21, 2026** at **11:00am**. There have been no previous requests to adjourn this conference (so none have been granted or denied), and it does not appear adjourning the conference will affect any other scheduled dates. Defendant has consented to this request.

Plaintiff anticipates that it will be able to file a notice of dismissal by May 29, 2026.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ John C. Atkin*

John C. Atkin, Esq.

cc:    Leonard J. French, Esq. (*via* CM/ECF and email)