**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC, :
: Case No. 1:24-cv-07506-ENV-VMS
Plaintiff, :
:
vs. :
:
JOHN DOE infringer identified as using :
IP address 71.167.214.13, :
:
Defendant. :
-----------------------------------------------------------------X

## PLAINTIFF'S VOLUNTARY DISMISSAL
### WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe infringer identified as using IP address 71.167.214.13, are voluntarily dismissed with prejudice.

Dated:  May 22, 2026  Respectfully submitted,

THE ATKIN FIRM, LLC
By: _/s/ John C. Atkin_
John C. Atkin, Esq.
400 Rella Blvd., Ste. 165
Suffern, NY 10901
Tel: (973) 314-8010 / Fax: (833) 693-1201
JAtkin@atkinfirm.com
*Attorneys for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ John C. Atkin*
John C. Atkin, Esq.