UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                              :
STRIKE 3 HOLDINGS, LLC,                       :
                                              :
                          Plaintiff,          :    Case No. 1:24-cv-07506-ENV-VMS
                                              :
          vs.                                 :
                                              :
JOHN DOE infringer identified as using        :
IP address 71.167.214.13,                     :
                                              :
                          Defendant.          :
-------------------------------------------------------------X
```

## PLAINTIFF'S VOLUNTARY DISMISSAL
## <u>WITH PREJUDICE</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings,

LLC hereby gives notice that its claims in this action against Defendant John Doe infringer

identified as using IP address 71.167.214.13, are voluntarily dismissed with prejudice.

Dated:  May 22, 2026                     Respectfully submitted,

                                         THE ATKIN FIRM, LLC
                                         By:  _/s/ John C. Atkin_
**Application Granted**                  John C. Atkin, Esq.
**SO ORDERED**                           400 Rella Blvd., Ste. 165
                                         Suffern, NY 10901
**Brooklyn, New York**                   Tel: (973) 314-8010 / Fax: (833) 693-1201
**Dated:** _5/26/2026_                   JAtkin@atkinfirm.com
                                         *Attorneys for Plaintiff*

/s/ Eric N. Vitaliano

**Eric N. Vitaliano**                    The clerk of court is
**United States District Judge**         directed to close
                                         this case.

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: */s/ John C. Atkin*
John C. Atkin, Esq.